ORIGINAL

SEALED

FILED-USDC-NDTX-DA
'25 JUN 24 PM 3:12
KM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | **FILED UNDER SEAL** |
| TADAEL GIRMA MELKA | 3-25CR-296 S |

### INDICTMENT

The Grand Jury charges:

Counts One through Four
Transmitting a Threatening Communication in Interstate Commerce
[Violation of 18 U.S.C. § 875(c)]

On or about the dates identified below, in the Northern District of Texas, Dallas

Division, and elsewhere, the defendant, **Tadael Girma Melka**, knowingly transmitted in

interstate and foreign commerce the electronic communications identified below

containing threats to injure the person of another, for the purpose of issuing threats, with

knowledge that the communications would be viewed as threats, and with conscious

disregard of a substantial risk that the communications would be viewed as threats, each

electronic communication forming a separate count:

| Count | Date | Threatening Communication |
|---|---|---|
| One | February 12, 2025 | "When I go shoot up this mesquite department for violating my fourth amendment[.]  Then yall going to know you shouldn't have played  with me.  Bitch." |
| Two | March 23, 2025 | "I'm definitely going to shoot a frat boy when I see them on sight" |

| Count | Date | Threatening Communication |
|-------|------|---------------------------|
| **Three** | March 23, 2025 | "Beat their punk ass then kill him while he down[.]  Kill that stupid frat boy make an example of him and do the rest to his brothers" |
| **Four** | March 24, 2025 | "My rights were violated by a police officer in Mesquite Texas police department. If the judge doesn't dismiss my case completely, I will shoot up the @MesquitePA" |

All in violation of 18 U.S.C. § 875(c).

<u>Count Five</u>
Threatening a Federal Official
[Violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4)]

On or about March 24, 2025, in the Northern District of Texas, Dallas Division,

and elsewhere, the defendant, **Tadael Girma Melka**, did threaten to assault and murder a

Federal law enforcement officer, with the intent to impede, intimidate, and interfere with

such law enforcement officer while engaged in the performance of official duties, and

with intent to retaliate against such law enforcement officer on account of the

performance of official duties.

All in violation of 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4).

A TRUE BILL

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
VINCENT J. MAZZURCO
Assistant United States Attorney
New York Bar No. 5474259
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
vincent.mazzurco@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**TADAEL GIRMA MELKA**

SEALED INDICTMENT

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
(Counts 1-4)

18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4)
Threatening a Federal Official
(Count 5)

5 Counts

A true bill rendered

----------------------------------------------------------------------

DALLAS                                                    FOREPERSON

Filed in open court this ___24th___ day of June, 2025.

----------------------------------------------------------------------

**Warrant to be Issued**

----------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending